UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO VICE, et al.,

                Plaintiffs,

- against -

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, et al.,

                Defendants.

**ORDER**

23 Civ. 6287 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants seek leave to file a motion to dismiss Plaintiffs' claims. (See Defs. Ltrs. (Dkt. Nos. 33-34, 36-38, 40)) Briefing concerning Defendants' motion to dismiss will proceed on the following schedule:

    (1)    Defendants' motion is due by **February 9, 2024**.

    (2)    Plaintiffs' opposition is due by **March 1, 2024**.

    (3)    Defendants' reply, if any, is due by **March 8, 2024**.

Under Rule IV(C) of this Court's individual rules, the "bundling rule," the parties may not file motions electronically on ECF until the motion is fully briefed.

Dated: New York, New York
       January 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge