UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO VICE, Individually and on Behalf of All Others Similarly Situated; and VICTORIA SEAMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　- against -<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; TRANSWORLD SYSTEMS, INC., in Its Own Right and as Successor to NCO Financial Systems, Inc.; EGS FINANCIAL CARE INC., formerly known as NCO Financial Systems, Inc.; AMERICAN CORADIUS INTERNATIONAL, LLC; EATON GROUP ATTORNEYS, LLC; RODENBURG LAW FIRM; DOES COLLECTORS 1-1000; and PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>　　　　　　　Defendants. | **ORDER**<br><br>23 Civ. 6287 (PGG) (BCM) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　On November 11, 2025, the parties filed a joint stipulation and proposed order concerning scheduling in this case. (Dkt. No. 96) The stipulation is not acceptable to the Court. The due date for Defendants' response to Plaintiffs' objection to the Magistrate Judge's Report and Recommendation remains November 25, 2025. Plaintiffs' desire to add new plaintiffs goes

to whether they should be granted leave to amend, and not whether the original complaint was sufficient. The Court will address the Report and Recommendation issued by Judge Moses concerning the sufficiency of the original complaint. To the extent Plaintiffs seek leave to amend, they may seek leave to file such a motion after Defendants' pending motion to dismiss the Complaint is resolved.

Dated: New York, New York
      November 20, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge